1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: Laura.Krank@rksslaw.com

5  Attorneys for Plaintiff
   Horatius Johnson
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **CENTRAL DISTRICT OF CALIFORNIA**
                           **WESTERN DIVISION**
9

10

11 | HORATIUS JOHNSON,                         ) Case No.: 2:16-cv-06289-PJW
   |                                           )
12 |                                           ) ORDER OF DISMISSAL
   |            Plaintiff,                     )
13 |                                           )
   |     vs.                                   )
14 | CAROLYN W. COLVIN, Acting                 )
   | Commissioner of Social Security,          )
15 |                                           )
   |                                           )
16 |            Defendant.                     )
   |_____)
17

18
        The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21 DATE:     January 25, 2017
                                        _____
22                                      THE HONORABLE PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE
23

24

25

26

-1-