UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORATIUS JOHNSON, | ) | CASE NO. CV 16-6289-PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order Filed Herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 25, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Social Security\JOHNSON, H 6289\Judgment.wpd